THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* SPOTLESS STORES, INC., Appellant.

Submitted November 18, 1940; decided December 4, 1940.

*S. Alexander Sterenbuch* for appellant.

*Thomas E. Dewey, District Attorney (Burr F. Coleman* and *Stanley H. Fuld* of counsel), for respondent.

Judgments reversed and information dismissed on the ground that the evidence does not justify a finding of guilt beyond a reasonable doubt. No opinion.

Concur: LEHMAN, Ch. J., FINCH, SEARS and LEWIS, JJ. Dissenting: LOUGHRAN, RIPPEY and CONWAY, JJ.